**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FRANK GARRIDO,

    Plaintiff,

v.                                         Case No. 6:21-cv-02065-WWB-LRH

CALLCORE MEDIA INC.,

    Defendant.

_____

**NOTICE OF SETTLEMENT**

    Plaintiff Frank Garrido hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: March 2, 2022                        Respectfully submitted,

                                                             */s/ Avi Kaufman*
                                                              Avi R. Kaufman (FL Bar no. 84382)
                                                              kaufman@kaufmanpa.com
                                                              Rachel E. Kaufman (FL Bar no. 87406)
                                                              rachel@kaufmanpa.com
                                                              KAUFMAN P.A.
                                                              237 S. Dixie Hwy, 4th Floor
                                                              Coral Gables, FL 33133
                                                              Telephone: (305) 469-5881

1

*Counsel for Plaintiff and the
putative Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman